Form 12 - Travel
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

**REQUEST FOR TRAVEL OUTSIDE
THE CONTIGUOUS UNITED STATES**

Name of Offender: **Carlos Alberto Macias Sarabia**

Case Number: **2:21CR00075**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **August 4, 2021**

Original Offense: **Voting by Alien**

Original Sentence: **12 Months probation**

Date Supervision Commenced: **August 4, 2021**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

**SUMMARY**

On August 4, 2021, Carlos Alberto Macias Sarabia was sentenced to 12 months' probation for committing the offense of Voting by Alien. Supervised release is scheduled to expire on August 3, 2022.

Mr. Macias Sarabia has submitted a request to travel to Istanbul, Turkey from May 9, 2022 to May 14, 2022. Mr. Macias Sarabia will be traveling for vacation with his brother, Victor Macias.

Mr. Macias Sarabia will travel via airplane to Turkey. He will be staying at the DoubleTree by Hilton Istanbul Topkapi, in Istanbul, Turkey. The travel expenses will be paid by Mr. Macias Sarabia.

Since commencing supervision, Mr. Macias Sarabia failed to report to drug testing on three occasions in 2021. He also tested positive twice for marijuana in August 2021. Since that time, he has not missed any other drug tests and he has not tested positive. Mr. Macias Sarabia has not incurred any other known violations. He continues to work full-time. Mr. Macias Sarabia has no outstanding financial obligations in this case.

**RE: Carlos Alberto Macias Sarabia**

Form 12 - Travel
D/NV Form
Rev. June 2014

Mr. Macias Sabaria is aware that if the Court does not authorize his request, he will not be able to travel to Turkey.

Respectfully submitted,

_____
Annis C. Seopaul Sones
United States Probation Officer

Approved:

_____
Todd J. Fredlund
Supervisory United States Probation Officer

---

## *THE COURT ORDERS*

☐    Requested Travel is Approved

☐    Requested Travel is Denied

☐    Other

_____
Signature of Judicial Officer

_____
Date